**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AFFINITY LABS OF TEXAS, LLC,**<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.*,<br><br>　　　Defendants. | Case No.:  13-MC-80209 YGR<br><br>**AMENDED ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This Order supersedes and amends the Order issued April 2, 2014 (Dkt. No. 40.)

The Court understands, based upon the representations of the parties, that the above-captioned case has partially settled. (*See* Dkt. No. 39.) Specifically, defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively, "LG"), and plaintiff Affinity Labs of Texas LLC (collectively with LG, "Settling Parties") have executed a finalized settlement agreement. (*Id.*) Accordingly, all pending motion, case management, and trial dates are **VACATED** as to the Settling Parties. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, May 9, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

At least five (5) business days prior to the date of the compliance hearing, the Settling Parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the Settling Parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the Settling Parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Date: April 3, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2