**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., *et al.*,<br><br>　　Defendants. | Case No.: 13-MC-80209 YGR<br><br>ORDER RE: CONDITIONAL TRANSFER AND ASSIGNMENT OF CIVIL CASE NUMBER |

　　On September 18, 2013, the Eastern District of Texas entered an order conditionally transferring the above-styled case to this Court, to become effective the day the Texas court entered its claim construction order. The Court is apprised that, on June 4, 2014, the Texas court entered its claim construction order. (Dkt. No. 46.) Accordingly, the transfer is now complete and the Clerk of the Court shall assign a civil case number to the above-captioned case.

　　The Court is aware that other cases brought by plaintiff in the federal courts of Texas and implicating the same patents-in-suit may be transferred to this District. The parties are reminded of this Court's Civil Local Rule 3-12(b). Any administrative motions to consider whether cases are related should be filed without undue delay but also with a view to minimizing the number of such motions.

　　**IT IS SO ORDERED**.

Date: June 11, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**